PROB 12C-WAR

(05/21)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

### Petition for Warrant or Summons for Person Under Supervision

**Name:** Nahom Tesfaldet Gabreselassie **Case Number:** 2:24CR00136-JCC-1
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 12/02/2025 **Date of Report:** 09/17/2026
**Original Offense:** False Statement in Application for a Passport
**Original Sentence:** Time Served; 1 year of supervised release
**Type of Supervision:** Supervised Release **Date Supervision Commenced (second term):** 03/17/2025
**Date Supervision Expires:** 01/16/2027
**Assistant United States Attorney:** Carolyn Forstein **Defense Attorney:** Jeffrey Kradel
**Special Conditions Imposed:**

☒ Substance Abuse ☐ Financial Disclosure ☐ Restitution:
☐ Mental Health ☐ Fine ☐ Community Service
☒ Other: Shall notify medical professionals of his substance use history; submit to search; and if deported, he shall not reenter the United States without permission; location monitoring (by modification); soberlink (by modification)

---

**PETITIONING THE COURT**

☒ To issue a warrant under seal
☐ To issue a summons

I allege Nahom Tesfaldet Gabreselassie has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Committing the crime of attempt to elude police on or about September 4, 2026, in violation of the mandatory condition. |
| 2. | Committing the crime of reckless driving on or about September 4, 2026, in violation of the mandatory condition. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
  ☒ risk of flight.
  ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of September, 2026.

Mike Munsterman
United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:

Analiese D. Johnson
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The Issuance of a Warrant under seal
(conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
(conditions of supervision shall remain in effect pending final adjudication)
☐ Other

Signature of Judicial Officer
9/17/2026

Date